UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BILLIE GOMEZ,<br><br>Defendant. | Docket Nos. 3:00-CR-00227-SRU<br>3:04-CR-00188-SRU<br><br>July 6, 2006 |

## MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant Billie Gomez, by and through undersigned counsel and pursuant to D. Conn. L. Civ. R. 5(d)(1), D. Conn. L. Cr. R. 1(c) and the Court's broad Article III powers to regulate the administration of the criminal trial process, respectfully requests permission of the Court to file his memorandum in aid of sentencing, which contains personal and sensitive information akin to that included in the Presentence Investigation Report, under seal.

To the extent that the Court denies this motion, in part or in all, Mr. Gomez would request that the Court order the aforementioned memorandum destroyed and grant undersigned counsel leave to make necessary redactions.

Respectfully submitted,

BY: _____
TODD A. BUSSERT, CT24328
103 Whitney Avenue, Suite 4
New Haven, CT 06510-1229
(203) 495-9790; Fax: (203) 495-9795
tbussert@bussertlaw.com

Attorney for Billie Gomez

## CERTIFICATE OF SERVICE

I, Todd Bussert, hereby certify that a copy of the foregoing was served, via hand, this 6th day of July 2006 on the following:

> Peter D. Markle, OCDETF Chief
> Karen L. Peck, AUSA
> United States Attorney's Office
>   for the District of Connecticut
> 157 Church Street
> New Haven, CT 06510
>
> Alex V. Hernandez, Supervisory AUSA
> Alina P. Reynolds, AUSA
> United States Attorney's Office
>   for the District of Connecticut
> 915 Lafayette Boulevard
> Bridgeport, CT 06604

A courtesy copy was also delivered to Chambers.

_____
Todd Bussert